**Order entered March 6, 2019**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-18-00489-CR

**MARTIN ARMIJO, JR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-76053-T**

## ORDER

We **REINSTATE** this appeal.

We abated the appeal for the appointment of counsel. On March 4, 2019, the supplemental clerk's record containing the trial court's appointment was filed. We **DIRECT** the Clerk to list Valencia A. Bush as appointed counsel for appellant. Future correspondence shall be sent to Valencia A. Bush at 10000 N. Central Expressway, Suite 400, Dallas, TX 75231-4180.

We **ORDER** appellant to file any supplemental brief on or before April 22, 2019. The State's brief shall be due on or before May 20, 2019.

/s/     LANA MYERS
        JUSTICE